UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CHRISTOPHER CONNORS, | ) | |
| | ) | Case No. 1:08-CV-172 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| CBL & ASSOCIATES MANAGEMENT, | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a motion for an award of attorney fees brought by Defendants CBL & Associates Management, Inc., *et al.* ("Defendants") (Court File No. 84). Plaintiff Christopher Connors ("Plaintiff") filed a response (Court File No. 86). The Court then referred Defendants' motion to United States Magistrate Judge William B. Mitchell Carter (Court File No. 97), who has filed a report and recommendation ("R&R") recommending Defendants' motion be denied (Court File No. 98). Neither party timely filed an objection.

Having reviewed the R&R, the parties' briefs, the applicable law, and the record, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's finding of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b). Accordingly, Defendants' motion for an award of attorneys fees (Court File No. 84) is **DENIED**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**